# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

134340

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NIGEL KEITH EARVIN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134340
COA: 272593
Kent CC: 03-001560-FH
         03-001561-FH

On order of the Court, the application for leave to appeal the May 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

s0519